

# United States District Court
# Eastern District of California

| | |
|---|---|
| Jose Enrique Elizalde Puzhi | |
| Plaintiff(s) | Case Number: |  1:26-cv-0959 DC AC |

V.

| | |
|---|---|
| Christopher Chestnut, et al. | APPLICATION FOR PRO HAC VICE |
| Defendant(s) | AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Andrea C. Soto _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Jose Enrique Elizalde Puzhi

On ____February 02, 2026____ (date), I was admitted to practice and presently in good standing in the

United States District Court for the Eastern District of New York (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____02/06/2026____          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name:     Andrea C. Soto

Law Firm Name:     SOTO LAW, PLLC

Address:     445 HAMILTON AVENUE, Suite 407

City: WHITE PLAINS     State: NY     Zip: 10601

Phone Number w/Area Code: 914-290-4900

City and State of Residence: WHITE PLAINS

Primary E-mail Address: ASOTO@ANDREASOTOLAW.COM

Secondary E-mail Address: service@andreasotolaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:     Natalia Vieira Santanna

Law Firm Name:     Santanna Law Offices P.C.

Address:     1900 Fruitvale Avenue, Suite 3F

City: Oakland     State: CA     Zip: 94601

Phone Number w/Area Code: 510-922-0154     Bar # _____

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 9, 2026

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE